J.S. v City of New York (2025 NY Slip Op 02873)

J.S. v City of New York

2025 NY Slip Op 02873

Decided on May 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 13, 2025

Before: Renwick, P.J., Kern, Gesmer, Rosado, O'Neill Levy, JJ. 

Index No. 951037/21|Appeal No. 4335|Case No. 2024-04843|

[*1]J.S., Plaintiff-Respondent,
v
City of New York et al., Defendants, Homes for the Homeless Summer Camps Inc. et al., Defendant-Appellants.

Rutherford Christie LLP, New York (David S. Rutherford of counsel), for appellants.
Herman Law, New York (Jason M. Rubin of counsel), for respondent.

Order, Supreme Court, New York County (Alexander M. Tisch, J.), entered June 19, 2024, which denied defendants Homes for the Homeless Summer Camps Inc. and Homes for the Homeless Inc.'s motion to dismiss the amended complaint as against them, unanimously reversed, on the law, without costs, the motion granted, and the complaint dismissed as against those defendants.
Defendants Homes for the Homeless Summer Camps Inc. and Homes for the Homeless Inc. may not be held directly liable for the alleged sexual abuse because they did not exist when it is alleged to have occurred (see Not-for-Profit Corporation Law § 403; Jane Doe Three v KIPP Academy Charter Sch., 235 AD3d 406, 407 [1st Dept 2025]; Rubenstein v Mayor, 41 AD3d 826, 828 [2d Dept 2007]). Plaintiff's arguments with respect to successor liability are not properly considered because this theory of liability was not alleged in the complaint and was raised for the first time in opposition to the instant motion. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 13, 2025